UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT ALAN WOLF,<br><br>    Petitioner,<br><br> v.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | CASE NO. 3:20-CV-6158-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: FEBRUARY 26, 2021 |

On November 18, 2020, Petitioner Robert Alan Wolf filed a *pro se* 28 U.S.C. § 2241 habeas petition ("the Petition") commencing this civil action. Dkt. 1. After completing an initial screening of the Petition, the Court declined to serve the Petition but provided Petitioner leave to file an amended pleading by January 12, 2021 to cure the deficiencies identified herein. Dkt. 4. Petitioner was notified his failure to comply with the Court's Order would result in the Court recommending dismissal of this case. *Id.*

Petitioner has failed to comply with the Court's Order. He has not filed an amended pleading to correct the deficiencies contained within the Petition. As Petitioner has failed to

1  respond to the Court's Order and prosecute this case, the Court recommends this case be
2  dismissed without prejudice.
3       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
4  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
5  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
6  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
7  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on February
8  26, 2021, as noted in the caption.
9
10       Dated this 29th day of January, 2021.
11
12                                                 David W. Christel
13                                                 United States Magistrate Judge