UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT ALAN WOLF,

                        Petitioner,

        v.

STATE OF WASHINGTON,

                        Respondent.

CASE NO. C20-6158 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 5. The Court

having considered the R&R and the remaining record, and no objections having been

filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's petition for habeas corpus, Dkt. 1, is **DISMISSED without**

**prejudice**; and

    (4)    This case is closed.

    Dated this 15th day of March, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER